Laura E. Krank
Attorney at Law: 220208
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: Laura_rk.office@speakeasy.net

Attorneys for Plaintiff
MS. MALAY KONG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA  FRESNO DIVISION

| | |
|---|---|
| MALAY KONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security.<br><br>　　　　Defendant. | Case No.:   1:09-CV-1410 SMS<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

　　　Based upon the stipulation of the parties, and for cause shown,

　　　IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include May 7, 2010, in which to provide file the Opening Brief and that all other deadlines set forth in the August 12, 2009 Case Management Order shall be extended accordingly.   IT IS SO ORDERED

DATE:　 April 19, 2010

　　　　　　　　　　　　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　SANDRA M. SNYDER
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

-1-

PDF created with pdfFactory trial version www.pdffactory.com

-2-

1

2  Respectfully submitted,

3  LAW OFFICES OF {[ERROR]}

4
            */s/ Laura E. Krank*
5
    BY: _____
6        Laura E. Krank
         Attorney for plaintiff
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PDF created with pdfFactory trial version www.pdffactory.com