Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Malay Kong

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALAY KONG, | Case No.: 1:09-cv-1410 SMS |
| Plaintiff, | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) ; |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Malay Kong be awarded attorney fees and expenses in the amount of FOUR THOUSAND TWO HUNDRED dollars ($4,200.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1      After the Court issues an order for EAJA fees to Malay Kong, the
2 government will consider the matter of Malay Kong's assignment of EAJA fees to
3 Laura E. Krank.  Pursuant to *Astrue v. Ratliff*, ___ U.S. ___, 2010 WL 2346547
4 (June 14, 2010), the ability to honor the assignment will depend on whether the
5 fees are subject to any offset allowed under the United States Department of the
6 Treasury's Offset Program.  After the order for EAJA fees is entered, the
7 government will determine whether they are subject to any offset.
8      Fees shall be made payable to Malay Kong, but if the Department of the
9 Treasury determines that Malay Kong does not owe a federal debt, then the
10 government shall cause the payment of fees, expenses and costs to be made
11 directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment
12 executed by Malay Kong.  Any payments made shall be delivered to Laura E.
13 Krank.
14      This stipulation constitutes a compromise settlement of Malay Kong's
15 request for EAJA attorney fees, and does not constitute an admission of liability on
16 the part of Defendant under the EAJA.  Payment of the agreed amount shall
17 constitute a complete release from, and bar to, any and all claims that Malay Kong
18 and/or Laura E. Krank including Law Offices of Rohlfing & Kalagian, LLP may
19 have relating to EAJA attorney fees in connection with this action.
20      Laura E. Krank reserves the right to contend that any non-payment caused
21 by the collection of a federal debt owed by Malay Kong violates 31 C.F.R. §
22 285.5(e)(5) and *Morrison v. C.I.R.*, 565 F.3d 658, 667 (9th Cir. 2009).  Nothing in
23 this stipulation shall be construed as an admission by Laura E. Krank that the
24 Government has the right or authority to offset the fees due and payable pursuant
25 to this stipulation.
26

This award is without prejudice to the rights of Laura E. Krank and/or Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: March 17, 2011          Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Laura E. Krank*
BY:_____
Laura E. Krank
Attorney for plaintiff Malay Kong

DATED: April 19, 2011

ANDRÉ BIROTTE JR.
United States Attorney

/s/ *Jeffrey Chen*
_____
Jeffrey Chen
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED.

Dated:  **April 20, 2011**              **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE